No. 93–1033. CHANDLER *v.* UNITED STATES. C. A. 11th Cir.;
No. 93–6191. HICKS *v.* TEXAS. Ct. Crim. App. Tex.;
No. 93–6220. JOHNSON *v.* ILLINOIS. Sup. Ct. Ill.;
No. 93–7042. COLVIN-EL *v.* MARYLAND. Ct. App. Md.;
No. 93–8823. VALDES *v.* FLORIDA. Sup. Ct. Fla.;
No. 93–8839. MILKE *v.* ARIZONA. Sup. Ct. Ariz.; and
No. 93–8943. MORDENTI *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.